**Anthony Philip DALSING, Appellant,**

v.

**Nancy Kathleen DALSING (Klundt), Respondent.**

**No. WD 34301.**

Missouri Court of Appeals, Western District.

Sept. 13, 1983.

Daniel L. Radke, St. Joseph, for appellant.

Grace S. Day, St. Joseph, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a judgment in the form of an order modifying a decree of dissolution to increase child support payments.

Judgment affirmed. Rule 84.16(b).